IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

BART WAYNE WOODARD                                                                PLAINTIFF

v.                                        Civil No. 6:18-CV-06013

CORRECTIONAL OFFICER MCGEE,                                                DEFENDANTS
INMATE TODD RANDALL GREENWAY,
INMATE JOHN DOES 1-4,
CORRECTIONAL OFFICERS JOHN DOES
1-3, and ASSIST. WARD. OF SEC JOHN
DOE

## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

This is a civil rights action provisionally filed pursuant to 42 U.S.C. § 1983. Pursuant to the provisions of 28 U.S.C. § 636(b)(1) and (3) (2011), the Honorable Susan O. Hickey, Chief United States District Judge, referred this case to the undersigned for the purpose of making a Report and Recommendation.

Currently before the Court is Plaintiff's failure to provide the Court with the identity of the John Doe Defendants in this case.

It is Plaintiff's responsibility to provide the Court with the identity of and an address for proper service on Defendants. *Lee v. Armontrout*, 991 F.2d 487, 489 (8th Cir. 1993). On February 25, 2019, the Court entered an Order setting new deadlines in this case. (ECF No. 33). Plaintiff was directed to provide the identities of any John or Jan Doe inmates by March 8, 2019. Plaintiff was advised that failure to do so by the deadline would result in the dismissal of these Defendants from the case. (*Id*. at 2). To date, Plaintiff has failed to do so, and the discovery deadline in the case was April 2, 2019.

1

Accordingly, it is recommended that the John Doe Defendants be dismissed as parties from this case WITHOUT PREJUDICE.

**The parties have fourteen (14) days from receipt of the Report and Recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1). The failure to file timely objections may result in waiver of the right to appeal questions of fact. The parties are reminded that objections must be both timely and specific to trigger de novo review by the district court.**

DATED this 22nd day of April 2019.

/s/ *Mark E. Ford*
HON. MARK E. FORD
UNITED STATES MAGISTRATE JUDGE