IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

BART WAYNE WOODARD                                                                    PLAINTIFF

v.                             Case No. 6:18-cv-06013

CORRECTIONAL OFFICER MCGEE, *et al*.                                    DEFENDANTS

## **ORDER**

Before the Court is the Report and Recommendation filed April 22, 2019, by the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas. ECF No. 38. Judge Ford recommends that all John Doe defendants be dismissed without prejudice because Plaintiff failed to identify them by the requisite deadline. The parties have not filed objections to the Report and Recommendation and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Upon review, the Court adopts Judge Ford's Report and Recommendation *in toto*. Accordingly, all John Doe defendants are hereby **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 10th day of May, 2019.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge